**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

ADOLPHUS T. ROOKS,
FDOC Inmate No. 034390,

      Plaintiff,

v.                                CASE NO. 3:20cv5350-MCR-EMT

NURSE PHILLIPS, et al.,

      Defendants.
_____/

## O R D E R

The chief magistrate judge issued a Report and Recommendation on June 15, 2021. ECF No. 16. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The chief magistrate judge's Report and Recommendation, ECF No. 16, is adopted and incorporated by reference in this Order.

2.      Plaintiff's amended complaint, ECF No. 14, is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted.

3.      The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 27th day of July 2021.


s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**